UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORKY TERRY,

    Plaintiff,

v.

NATHAN MAUE, *et al.*,

    Defendants.

Case No. 10-cv-370-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 53) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Corky Terry's motion for a temporary restraining order or preliminary injunction (Doc. 51).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and notes that, although Terry is no longer confined at Stateville Correctional Center, as stated in the Report, he has not been transferred back to Menard Correctional Center and has instead been transferred to Pontiac Correctional Center (*see* Doc. 56). Aside from this change of circumstances, the Court finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 53) and **DENIES** Terry's motion for a temporary restraining order or preliminary injunction (Doc. 51).

**IT IS SO ORDERED.**
**DATED: March 27, 2012**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**