IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORKY TERRY,

    Plaintiff,

v.

C/O NATHAN MAUE, MAJOR MAUE,
DONALD A. HULICK, ROGER E. WALKER,
LT. ASHBY, JEANETTE COWAN, REGINA A.
SUMMERS, KIMBERLY S. BUTLER and JOHN
DOES,

    Defendants.

Case No. 10-cv-370-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1 (against defendant C/O Nathan Maue for excessive force in violation of the Eighth Amendment) is entered in favor of defendant C/O Nathan Maue and against plaintiff Corky Terry;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 2 (against defendants C/O Nathan Maue and Major Thomas Maue for failure to provide medical attention in violation of the Eighth Amendment) is entered in favor of defendants C/O Nathan Maue and Major Thomas Maue and against plaintiff Corky Terry;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 3 (against defendants C/O Nathan Maue and Major Thomas Maue for civil conspiracy to restrict access to the health care unit) is entered in favor of defendants C/O Nathan Maue and Major Thomas Maue and against plaintiff Corky Terry;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 5b (against defendants Donald Hulick, Jeanette Cowan and Roger E. Walker for retaliation for writing the warden about grievances in violation of the First Amendment) is entered in favor of defendants Donald Hulick, Jeanette Cowan and Roger E. Walker and against plaintiff Corky Terry;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:
- all claims against John Doe defendants;
- Count 4 (against defendants Regina A. Summers and Kimberly S. Butler for failure to protect in violation of the Eighth Amendment);
- Count 5b (against defendant Lt. Ashby for inadequate grievance investigation in violation of the Fourteenth Amendment due process clause);

IT IS FURTHER ORDERED AND ADJUDGED that the following claim is dismissed without prejudice:
- Count 5a (against defendants C/O Nathan Maue and Major Thomas Maue for retaliation for filing grievances in violation of the First Amendment).

**DATED: May 14, 2013**         **NANCY J. ROSENSTENGEL, Clerk of Court**


                                **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**